No. — – ——. DAVIS v. UNITED STATES ET AL. Motion to direct the Clerk to file the petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. A–377. MEADOWS v. REDMAN. Application for bail, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–485. SCIOTO TRAILS CO. ET AL. v. OHIO DEPARTMENT OF LIQUOR CONTROL ET AL. Ct. App. Ohio, Franklin County. Application for continuation of stay, addressed to JUSTICE STEVENS and referred to the Court, denied.

No. A–486. WEBB v. HUTTO. C. A. 4th Cir. Application for stay, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–490 (83–5958). KEEFE, AS GUARDIAN AD LITEM AND NEXT FRIEND OF THREE JUVENILES v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–369. IN RE DISBARMENT OF CANTAGALLO. Phillip John Cantagallo, of Ashtabula, Ohio, having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on October 17, 1983 [ante, p. 911], is hereby discharged.

No. 96, Orig. PUERTO RICO v. IOWA. Motion for leave to file bill of complaint denied.

No. 82–963. MASSACHUSETTS v. SHEPPARD. Sup. Jud. Ct. Mass. [Certiorari granted, 463 U. S. 1205.] Motion of respondent to strike the brief of Illinois State Bar Association as amicus curiae denied.